bia denied. *Mr. James F. Reilly* for petitioner. *Mr. Au-brey St. C. Wardwell* for respondent. ▮

No. 576. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* PENNSYLVANIA COMPANY FOR INSURANCE ON LIVES AND GRANTING ANNUITIES ET AL. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Solicitor General *Reed* for petitioner. *Mr. Maurice Bower Saul* for respondents. ▮

No. 568. MENIHAN *v.* COMMISSIONER OF INTERNAL REVENUE. December 16, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George H. Harris* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* for respondent. ▮

No. 575. FIRST NATIONAL BANK OF CHICAGO, TRUSTEE, *v.* FIRST NATIONAL BANK OF WHEATON ET AL. December 16, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Delbert A. Clithero* for petitioner. *Messrs. Robert F. Carey* and *Emmett J. McCarthy* for respondents. ▮

No. 584. NATIONAL CITY BANK OF NEW YORK ET AL. *v.* IRVING TRUST CO., TRUSTEE. December 16, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harry W. Forbes* and *Carl A. Mead* for petitioners. *Mr. Edwin A. Falk* for respondent. ▮